FILED
January 17, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK BLUFORD,<br><br>Defendant. | Case No. 2:18-cr-00008-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, DEREK BLUFORD, Case No. 2:18-cr-00008-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    ___ Co-signed Unsecured Appearance Bond

    _X_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The secured bond paperwork shall be filed by 1/24/2018.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/17/2018 at 2:25 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge