# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (s),<br>V.<br>DEREK BLUFORD<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:18-CR-00008-GEB |

Notice is hereby given that, subject to approval by the court, __DEREK BLUFORD__ substitutes
(Party (s) Name)

__JEROME PRICE__, State Bar No. __282400__ as counsel of record in place
(Name of New Attorney)

place of __CYRUS ZAL__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | OFFICE OF FEDERAL DEFENDER |
| Address: | 801 I STREET, 3RD FLOOR, SACRAMENTO, CA 95814 |
| Telephone: | 916-498-5700   Facsimile 916-498-5710 |
| E-Mail (Optional): | jerome_price@fd.org |

I consent to the above substitution.

Date: 1/24/2018

DEREK BLUFORD
*s/ Derek Bluford*
(Signature of Party (s))

I consent to being substituted.

Date: 1/24/2018

CYRUS ZAL
*s/ Cyrus Zal*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/24/2018

*s/ Jerome Price*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**