# UNITED STATES DISTRICT COURT

Eastern **District of** California

United States of America
Plaintiff (s),

V.

Derek Bluford

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cr-00008-GEB

Notice is hereby given that, subject to approval by the court, _Derek Bluford_ substitutes
(Party (s) Name)

_Jerome Price_, State Bar No. _282400_ as counsel of record in
(Name of New Attorney)

place of _Cyrus Zal_.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Office of the Public Federal Defender |
| Address: | 801 I Street, 3rd Floor, Sacramento, CA 95814 |
| Telephone: | (916) 498-5700    Facsimile (916) 498-5710 |
| E-Mail (Optional): | jerome_price@fd.org |

I consent to the above substitution.

Date: 1/23/2018

/s/ Derek Bluford
(Signature of Party (s))

I consent to being substituted.

Date: 1/23/2018

/s/ Cyrus Zal
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/24/2018

/s/ Jerome Price
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Dated: January 24, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge