HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEREK BLUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:18-cr-0008-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | ) |
| DEREK BLUFORD, | ) |
| Defendant. | ) Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Todd Pickles, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Derek Bluford, that the conditions of pretrial release may be modified to add the following condition:

> 11. You may work as a business developer/salesperson.  However, you shall not work in any capacity which involves: (1) fiduciary responsibility; (2) facilitation of financial transactions; (3) access to financial accounts or personal information; or (4) financial negotiations or any financial discussions with clients except for directing them to other staff.

The proposed modification is requested and approved by Pretrial Services Officer Taifa Gaskins.

All other conditions would remain in force.

/ / /

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   | Respectfully submitted, |
| 4 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 5 |   |   |
| 6 | Date: March 1, 2018 | */s/ Jerome Price*<br>JEROME PRICE |
| 7 |   | Assistant Federal Defender<br>Attorneys for Defendant |
| 8 |   | DEREK BLUFORD |
| 9 |   |   |
| 10 | Date: March 1, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 11 |   |   |
| 12 |   | */s/ Todd A. Pickles*<br>TODD A. PICKLES |
| 13 |   | Assistant U.S. Attorney<br>Attorneys for Plaintiff |

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The conditions of pretrial release imposed on Defendant Derek Bluford shall be modified to add the following condition:

    11. You may work as a business developer/salesperson. However, you shall not work in any capacity which involves: (1) fiduciary responsibility; (2) facilitation of financial transactions: (3) access to financial accounts or personal information; or (4) financial negotiations or any financial discussions with clients except for directing them to other staff.

All other conditions of release remain in full force and effect.

Dated: March ____, 2018

                                               _____
                                               HON. ALLISON CLAIRE
                                               United States Magistrate Judge