1 MCGREGOR W. SCOTT
United States Attorney
2 TODD A. PICKLES
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK BLUFORD,<br><br>Defendant. | CASE NO. 2:18-CR-00008-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 21, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 21, 2018.

2. By this stipulation, defendant now moves to continue the status conference until November 16, 2018, and to exclude time between September 21, 2018, and November 16, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes is over 2,000 pages, which includes reports of interview, bank records, and other evidence obtained in the investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

| | |
|---|---|
| 1 | b) The United States has provided a plea offer to Mr. Bluford, which after the |
| 2 | extension granted at Mr. Bluford's request, will expire on November 16, 2018. |
| 3 | c) Counsel for defendant desires additional time to review discovery, discuss the |
| 4 | evidence with Mr. Bluford, including as it relates to the plea offer provided, and to conduct fact |
| 5 | investigation, and legal research that affects both preparation for trial as well as potential resolution. |
| 6 | d) Counsel for defendant believes that failure to grant the above-requested |
| 7 | continuance would deny him the reasonable time necessary for effective preparation, taking into account |
| 8 | the exercise of due diligence. |
| 9 | e) The United States does not object to the continuance. |
| 10 | f) Based on the above-stated findings, the ends of justice served by continuing the |
| 11 | case as requested outweigh the interest of the public and the defendant in a trial within the original date |
| 12 | prescribed by the Speedy Trial Act. |
| 13 | g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 14 | et seq., within which trial must commence, the time period of September 21, 2018 to November 16, |
| 15 | 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] |
| 16 | because it results from a continuance granted by the Court at defendant's request on the basis of the |
| 17 | Court's finding that the ends of justice served by taking such action outweigh the best interest of the |
| 18 | public and the defendant in a speedy trial. |
| 19 | 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the |
| 20 | Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial |
| 21 | must commence. |

IT IS SO STIPULATED.

Dated: September 17, 2018  McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

HEATHER WILLIAMS
Federal Public Defender

Dated: September 17, 2018  */s/ Jerome Price as authorized 9/17/2018*
JEROME PRICE
Assistant Federal Defender
Counsel for Defendant
DEREK BLUFORD

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 18, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge