```
                    UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE GARLAND E. BURRELL, JR., JUDGE

  UNITED STATES OF AMERICA,   )
                              )
             Plaintiff,       )
                              )
  v.                          ) No. 2:18-cr-00008 GEB
                              )
  DEREK BLUFORD,              )
                              ) Sacramento, CA
             Defendant.       ) 9:00 A.M.
                              )
  _____ )
```

REPORTER'S TRANSCRIPT

STATUS CONFERENCE

FRIDAY, APRIL 19, 2019

APPEARANCES

| | |
|---|---|
| For the Government: | UNITED STATES ATTORNEY'S OFFICE<br>501 I Street, Suite 10-100<br>Sacramento, CA  95814<br>BY:  MIRA CHERNICK |
| For the Defendant: | FEDERAL DEFENDER<br>801 I Street, 3rd Floor<br>Sacramento, CA  95814<br>BY:  JEROME PRICE |
| Court Reporter: | Kelly O'Halloran, CSR #6660, RPR<br>Official Court Reporter<br>501 I Street<br>Sacramento, CA  95814<br>(916) 448-2712 |

Mechanical Steno - Computer-Aided Transcription

```
 1                    SACRAMENTO, CALIFORNIA
 2               FRIDAY, APRIL 19, 2019, 9:00 A.M.
 3                           ---oOo---
 4          THE CLERK:  Calling 18-8; United States versus Derek
 5   Bluford.
 6          MS. CHERNICK:  Good morning, your Honor.  Mira
 7   Chernick standing in for Matthew Yelovich on behalf of the
 8   United States.
 9          THE COURT:  Thank you.  Good morning.
10          MR. PRICE:  Good morning, your Honor.  Jerome Price
11   from the Federal Defender's Office appearing on behalf of
12   Mr. Bluford who is present in court out of custody.
13          THE COURT:  Thank you.  What's the status?
14          MR. PRICE:  Your Honor, the parties are still
15   engaging in plea negotiations.  There is quite a large amount
16   of discovery that we are going through and investigation that
17   the defense is still conducting.  It's our request to continue
18   the status to June 21st.  And we'd ask for a T4 exclusion for
19   continued defense investigation and trial preparation.
20          MS. CHERNICK:  And the government would join in that
21   request.
22          THE COURT:  A further status hearing is scheduled to
23   commence at 9:00 a.m. on June 21, 2019.  Time is excluded
24   under the Speedy Trial Act between now and that date based
25   upon what the parties have agreed to at this hearing.  It's
```

```
1   adjourned.
2             MS. CHERNICK:  Thank you, your Honor.
3             MR. PRICE:  Thank you.
4        (Proceedings concluded at 9:21 a.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Kelly O'Halloran

KELLY O'HALLORAN, CSR #6660

Case 2:18-cr-00008-JAM   Document 32   Filed 05/30/19   Page 4 of 4