```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA


United States of America,
        Plaintiff,

vs.                               Sacramento, California
                                  No. 2:18-cr-00008
Derek Bluford,                    Fri., Jan. 11, 2019
        Defendant.                9:02 a.m.
_____/

              TRANSCRIPT OF HEARING
  BEFORE THE HONORABLE GARLAND E. BURRELL, JR., SENIOR JUDGE
                      ---oOo---


APPEARANCES:

 For the Plaintiff:          United States Attorney
                             501 I Street, Suite 10-100
                             Sacramento, California  95814
                             By:  Todd A. Pickles
                             Assistant U.S. Attorney


 For the Defendant:          Office of the Federal
                             Defender
                             801 I Street, 3rd Floor
                             Sacramento, California  95814
                             By: Jerome Price
                             Assistant Federal Defender



 Official Court Reporter:    Kimberly M. Bennett,
                             CSR, RPR, RMR, CRR
                             501 I Street
                             Sacramento, CA 95814


 Proceedings recorded by mechanical stenography, transcript
 produced by computer-aided transcription
```

1      (Call to order of the court, 9:02 a.m.)
2           THE CLERK:  Calling 18-8; United States versus Derek
3   Bluford.
4           MR. PICKLES:  Good morning, Your Honor.  Todd Pickles
5   for the United States.
6           THE COURT:  Good morning.  Thank you.
7           MR. PRICE:  Good morning, Your Honor.  Jerome Price,
8   from the Federal Defender's Office, appearing with Mr. Bluford,
9   who is present, out of custody.
10          THE COURT:  Thank you.  Good morning.
11     What's the status of this matter?
12          MR. PICKLES:  Yes, Your Honor.  The parties are
13  continuing to discuss this case, as well as some new
14  developments that will affect Mr. Price's preparation, and
15  therefore we would request that the matter be continued for a
16  further status hearing on the 19th of April, and would further
17  request that there be an exclusion of time under Local Code T4
18  for defense preparation.
19          MR. PRICE:  We agree, Your Honor.
20          THE COURT:  A further status hearing is scheduled to
21  commence at 9:00 a.m. on April 19, 2019.  Time is excluded
22  between now and then based upon what the parties have just
23  stated.  This matter is adjourned.
24              (Proceedings adjourned, 9:04 a.m.)
25                          ---oOo---

1   I certify that the foregoing is a correct transcript from the

2   record of proceedings in the above-entitled matter.

3

4                           /s/ Kimberly M. Bennett
                            KIMBERLY M. BENNETT
5                           CSR No. 8953, RPR, CRR, RMR