| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>DEREK BLUFORD |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-0008-GEB |
|---|---|
| Plaintiff, | ) **DEFENDANT'S MOTION TO MODIFY**<br>) **CONDITIONS OF PRETRIAL RELEASE;** |
| vs. | ) **[PROPOSED] ORDER** |
| DEREK BLUFORD, | ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |

Defendant Derek Bluford, by and through counsel of record, hereby moves this Court for an order modifying his special conditions of pretrial release to remove Special Conditions 9, 10, and 11. (ECF No. 18.) Those conditions are as follows:

> 9. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;
> 10. You shall not be employed or operate any business that provides legal services; and
> 11. You may work as a business developer/salesperson. However, you shall not work in any capacity which involves: (1) fiduciary responsibility; (2) facilitation of financial transactions; (3) access to financial accounts or personal information; or (4) financial negotiations or any financial discussions with clients except for directing them to other staff.

The proposed modification has been reviewed and approved by Pretrial Services Officer Taifa Gaskins. The government is not opposed to this proposed modification. All other conditions

would remain in full force.

Mr. Bluford has been on pretrial supervision since his initial appearance in January 2018. During that time, his supervision has been satisfactory and he has graduated from the MRT program. Pretrial services reports that Mr. Bluford often attends MRT as an alumni to offer assistance and mentorship. After discussing Mr. Bluford's progress and adjustment to supervision with his pretrial services officer, the undersigned believes that the aforementioned conditions are no longer necessary to reasonably assure Mr. Bluford's appearance (he has attended all court hearings), or the safety of the community. Thus, those conditions no longer represent the least restrictive conditions necessary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2019

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DEREK BLUFORD

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received and considered the Defendant's unopposed motion, and good cause appearing therefrom, hereby GRANTS the motion. The conditions of pretrial release imposed on Defendant Derek Bluford shall be modified to remove the following conditions:

9. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;
10. You shall not be employed or operate any business that provides legal services; and
11. You may work as a business developer/salesperson. However, you shall not work in any capacity which involves: (1) fiduciary responsibility; (2) facilitation of financial transactions; (3) access to financial accounts or personal information; or (4) financial negotiations or any financial discussions with clients except for directing them to other staff.

All other conditions of release remain in full force and effect.

Dated: August 19, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge