MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK BLUFORD,<br><br>Defendant. | CASE NO. 2:18-CR-00008-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 13, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 13, 2019.

2. By this stipulation, defendant now moves to continue the status conference until December 13, 2019, and to exclude time between September 13, 2019, and December 13, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in the amount of thousands of pages, which includes reports of interview, bank records, and other evidence obtained in the investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review discovery, discuss the evidence with Mr. Bluford, including as it relates to potential defenses as well as potential resolution options, and to conduct fact investigation and legal research that affects both preparation for trial as well as potential resolution. Further, counsel is still in the process of obtaining information for consideration by the United States which may affect resolution and preparations for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The United States does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2019 to December 13, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 10, 2019          McGREGOR W. SCOTT
                                               United States Attorney

                                               */s/ Matthew M. Yelovich*
                                               MATTHEW M. YELOVICH
                                               Assistant United States Attorney


                                               HEATHER WILLIAMS
                                               Federal Public Defender

Dated: September 10, 2019          */s/ Jerome Price*
                                               JEROME PRICE
                                               Assistant Federal Defender
                                               Counsel for Defendant
                                               DEREK BLUFORD

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 11, 2019

                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge