HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEREK BLUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-0008-MCE |
|---|---|
| Plaintiff, | ) **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE AND** |
| vs. | ) **EXONERATING PROPERTY BOND** |
| DEREK BLUFORD, | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

Counsel for the defendant brought a motion to modify Defendant's conditions of pretrial release to remove and exonerate the secured property bond and impose a $50,000 unsecured appearance bond. (ECF No. 52). The defendant proposes his wife, Sarah Bluford as his surety. The government does not oppose Defendant's request and Pretrial Services approves of the modification and the surety.

Therefore, IT IS HEREBY ORDERED, that Defendant Derek Bluford's conditions of pretrial release be modified to remove the $50,000 secured property bond. The Court hereby imposes a $50,000 unsecured appearance bond to be co-signed by Sarah Bluford. The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the

///

property to the surety.  The Clerk is further directed to mail the original Deed of Trust and all relevant documents to the property owner.  All other conditions remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  January 29, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE