McGREGOR W. SCOTT
United States Attorney
AMY S. HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00008-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DEREK BLUFORD, | DATE: February 27, 2020 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 28, 2020 before the Hon. Garland E. Burrell. ECF 47. On December 17, 2019, the case was reassigned to the Honorable Morrison C. England, Jr. for all further proceedings. The pending status was reset to February 27, 2020. ECF 48-50. On January 16, 2020, the status was reset to June 25, 2020, by minute order ("minute order"). ECF 51.

2. By this stipulation, defendant now moves to vacate the minute order and set a status conference on June 25, 2020, and to exclude time between February 28, 2020 and June 25, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced discovery in this case, including over 4000 pages of reports of interview, bank records, court documents, and other evidence obtain in this investigation. Counsel for defendant and the government have continued to meet and confer regarding this case.

b) Counsel for defendant desires additional time to review the discovery, discuss the evidence with his client, including as it relates to potential defenses as well as potential resolution options, and to conduct fact investigation and legal research that affects both preparation for trial as well as potential resolution. The parties continued discussions has also resulted in additional points of investigation and discussion with his client. Counsel continues to obtain information for consideration by the Unites States which may affect resolution and preparations for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2020 to June 25, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 27, 2020                                McGREGOR W. SCOTT
                                                        United States Attorney

                                                        /s/ AMY S. HITCHCOCK
                                                        AMY S. HITCHCOCK
                                                        Assistant United States Attorney

Dated:  February 27, 2020                                /s/ JEROME PRICE
                                                        JEROME PRICE
                                                        Counsel for Defendant
                                                        DEREK BLUFORD

**ORDER**

IT IS SO ORDERED.

Dated:  March 5, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE