HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
DEREK BLUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK BLUFORD,<br><br>Defendant. | Case No. 2:18-cr-00008-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE**<br><br>DATE:  March 25, 2021<br>TIME    10:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr |
|---|---|

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Christopher Hales Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Derek Bluford, **that the sentencing hearing scheduled for March 25, 2021 be vacated and continued to April 15, 2021 at 9:00 a.m.**

On the Court's own motion, the sentencing hearing was ordered continued to March 25, 2021. The parties request a continuance to April 15, 2021 to allow for additional time for probation to complete the presentence investigation and the parties to brief sentencing issues as necessary.

The government does not object to this continuance.

The proposed PSR Schedule is as follows:

Proposed Presentence Report Due:                                        March 4, 2021

| | |
|---|---|
| Informal Objections to Presentence Report Due: | March 11, 2021 |
| Presentence Report Due: | March 18, 2021 |
| Formal Objections to Presentence Report Due: | March 25, 2021 |
| Reply or Statement of Non-Opposition Due: | April 8, 2021 |
| Judgment and Sentencing: | April 15, 2021 |

Respectfully submitted,

DATED: February 22, 2021         HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Jerome Price*
                                 JEROME PRICE
                                 Assistant Federal Defender
                                 Attorney for DEREK BLUFORD

DATED: February 22, 2021         McGREGOR W. SCOTT
                                 United States Attorney

                                 */s/ Christopher Hales*
                                 CHRISTOPHER HALES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It is further ordered the March 25, 2021 sentencing hearing shall be continued until April 15, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 24, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE