PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0008 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COUNTS REMAINING AFTER SENTENCING |
| v. | |
| DEREK BLUFORD, | |
| Defendants. | COURT: Hon. Morrison C. England, Jr. |

On April 15, 2021, this Court sentenced defendant Derek Bluford for his convictions on Counts One, Two, Six, and Seven of the Superseding Information filed on December 15, 2020 (ECF 71). Pursuant to the plea agreement between the parties and Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby moves this Honorable Court for an order dismissing all remaining counts against the defendant in the original Indictment (ECF 1) and in the Superseding Information (ECF 71 - Counts Three, Four, and Five).

Dated: April 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney