1  Derek Bluford, In Pro Se
   #77108-097
2  FCI Sheridan
   P.O. Box 5000
3  Sheridan, OR 97378

4
   Defendant In Pro Se
5




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEREK BLUFORD,<br>Defendant. | Case No. 2:18-cr-00008-JAM<br><br>DEFENDANT'S NOTICE OF REQUEST TO SEAL DEFENDANT'S REPLY MEMORANDUM RE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

**Defendant Derek Bluford attempted to file this Request to Seal Defendant's Reply Memorandum on December 16, 2021; however, the Federal Courthouse was closed due to a power outage from the electrical fire at the SMUD power plant. Therefore, Defendant Derek Bluford is filing this Request to Seal Defendant's Reply Memorandum on December 17, 2021, along with his Reply Memorandum, as December 17, 2021 is the filing deadline for Mr. Bluford's Reply Memorandum.**

Pursuant to Local Rule 141(b), Defendant Derek Bluford, in *pro se*, hereby provides notice that he is requesting to file under seal Defendant's entire Reply Memorandum with respect to Defendant's Motion for Compassionate Release. Previously, Mr. Bluford had requested that Exhibit 8 of the Reply Memorandum to be sealed because it contains sensitive and confidential medical records. However, throughout the Reply Memorandum there are

numerous references to Mr. Bluford's current medical condition, which should remain confidential. In addition, the Reply Memorandum contains other very sensitive and confidential matters set forth on page 24, beginning on line 15, which the Court is respectfully asked to review as a further basis for this request to seal. Therefore, Mr. Bluford respectfully requests that the Reply Brief be filed under seal until further Order of the Court. The Reply Brief is to be filed with the Court on December 17, 2021.

DATED at Sheridan, Oregon this 16th day of December, 2021.

Respectfully submitted,
DEREK BLUFORD
In Pro Se



*USA v. Derek Bluford*
**Eastern District of California Case No. 2:18-cr-00008-JAM**

STATE OF CALIFORNIA,
COUNTY OF SACRAMENTO

I, Sarah Bluford, declare that:

I reside in the County of Sacramento, State of California at 102 Mainsail Court, Folsom, CA 95630; I am over the age of 18 and not a party to the within action.

On this date, I served the following documents described as:

**1.     DEFENDANT'S NOTICE OF REQUEST TO SEAL DEFENDANT'S REPLY MEMORANDUM RE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE.**

**2.     DEFENDANT'S REQUEST TO SEAL DEFENDANT'S REPLY MEMORANDUM RE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE.**

**3.     [PROPOSED] ORDER SEALING DEFENDANT'S REPLY MEMORANDUM.**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Christopher Hales, Assistant U.S. Attorney
Michael Anderson, Assistant U.S. Attorney
United States Attorney's Office
U.S. Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814

__X__ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Lincoln, California. Executed on **December 17, 2021.**

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Sarah Bluford*
Sarah Bluford

1