Derek Bluford, In Pro Se
#77108-097
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378

Defendant In Pro Se




# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEREK BLUFORD,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00008-MCE<br><br>NOTICE OF REQUEST TO SEAL DEFENDANT'S MOTION FOR RECONSIDERATION OF MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

　　　　Pursuant to Local Rule 141(b), Defendant Derek Bluford, in *pro se*, provides notice that he is requesting to file under seal: entirety Defendant's Motion for Reconsideration of Motion for Reduction in Sentence and Compassionate Release. The Motion contains sensitive medical records. Therefore, based upon the concerns articulated in the Defendant's Request to Seal Documents, the Defendant respectfully request that these documents be filed under seal until further Order of the Court. The aforementioned documents will be filed with the Court and mailed to the Government on March 17, 2022.

　　　　DATED at Sheridan, Oregon this 8th day of March, 2022.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　DEREK BLUFORD
　　　　　　　　　　　　　　　　 In Pro Se



1