Derek Bluford, In Pro Se
#77108-097
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378


Defendant In Pro Se


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| | **Case No. 2:18-cr-00008-MCE** |
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |
| **v.** | |
| **DEREK BLUFORD,** | |
| **Defendant.** | |


Pursuant to Local Rule 141(b), and based on the representations contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the D entirety Defendant's Motion for Reconsideration of Motion for Reduction in Sentence and Compassionate Release, and the Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and the Defendant.

The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F. 2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's Request, sealing the entirety of Defendant's Motion for Reconsideration of Motion for Reduction in Sentence and Compassionate Release serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interest identified by the Defendant would be harmed. In light of public filing of its Notice to

Seal, the Court further finds that there are no additional alternatives to sealing the entirety Defendant's Motion for Reconsideration of Motion for Reduction in Sentence and Compassionate Release that would adequately protect the compelling interest identified by the Defendant.

DATED:  March 22, 2022                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE