**FILED**

APR - 4 2022


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

3-31-2022

Dear Honorable Mendez,

  I would like to respectfully request that my federal public defender, Jerome Price, or his office be re-appointed to my case for an appeal.

  Currently I am an Inmate at the Bureau of Prisons - Federal Correctional Institution Sheridan. Due to the measures that the prison has taken to mitigate the spread of Covid-19, I do not have access to the law library, my legal documents, or even access to a phone for legal calls. As you can imagine this significantly reduces my access not only to the court, but to the resources needed to be able to successfully appeal.

  I thank you for your time and consideration.

Case: 2:18-cr-0008-JAM

Respectfully
Derek Bluford
Reg # 77108-097
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378