HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
DEREK BLUFORD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEREK BLUFORD,<br><br>                    Defendant. | CASE NO.  2:18-CR-00008-JAM-1<br><br>ORDER |

    1.    Pursuant to the parties' stipulation, the Clerk of the Court shall provide Assistant Federal Defender Carolyn M. Wiggin with the documents filed under the following docket entries:

    A.    Docket No. 96- (Motion to Vacate and/or Reduce Sentence);

    B.    Docket No. 107-SEALED EVENT (Exhibit 2 to the Government's Opposition to Defendant's Motion for Compassionate Release);

    C.    Docket No. 114- SEALED EVENT;

    D.    Docket No. 116- SEALED EVENT;

    E.    Docket No. 121-SEALED EVENT; and

    F.    Docket No. 122-SEALED EVENT.

////

////

2. The Clerk of the Court shall simultaneously provide copies to counsel for the government when transmitting these documents to Assistant Federal Defender Carolyn M. Wiggin.

**IT IS SO ORDERED** this 2nd day of June, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE