HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
E-mail: carolyn_wiggin@fd.org

Attorney for Defendant
DEREK BLUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00008-JAM |
| Plaintiff, | **REQUEST TO WITHDRAW AS COUNSEL;** |
| | **[PROPOSED] ORDER** |
| vs. | |
| DEREK BLUFORD | |
| Defendant. | |

Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Bluford.

The Office of the Federal Defender was first appointed to represent Mr. Bluford in this

case on January 25, 2018.  Docket No. 13.   That representation came to an end when judgment

was entered on April 20, 2021.  Docket No. 93.  Mr. Bluford filed a *pro se* motion to reduce his

sentence on November 9, 2021.  Docket No. 96.  Mr. Bluford litigated that motion *pro se*, and it

was denied in an order filed under seal.  Docket No. 116.  On April 4, 2022, Mr. Bluford moved

for appointment of counsel.  Docket No. 125.  On May 25, 2022, Assistant Federal Defender

Carolyn M. Wiggin noticed her appearance as counsel for Mr. Bluford.  Ms. Wiggin obtained

copies of sealed documents in the case (Docket No. 129) and ultimately did not file additional

-1-

1   briefing with respect to Mr. Bluford's November 9, 2021 motion for a sentence reduction.

2           Mr. Bluford now seeks to file a new motion for compassionate release.  In order to allow

3   him to file this motion *pro se*, Assistant Federal Defender Carolyn M. Wiggin seeks to withdraw

4   as counsel so that Mr. Bluford can represent himself *pro se*.

5

6

    Dated:  May 4, 2023

7                                           HEATHER E. WILLIAMS
                                            Federal Defender
8

9
                                            */s/ Carolyn M. Wiggin*
10                                          CAROLYN M. WIGGIN
                                            Assistant Federal Defender
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED that Assistant Federal Defender Carolyn M. Wiggin is relieved as counsel and that Mr. Bluford represents himself *pro se*.

Dated: May __, 2023

_____
HON. JOHN A. MENDEZ
United States District Judge

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
E-mail: carolyn_wiggin@fd.org

Attorney for Defendant
DEREK BLUFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br><br>DEREK BLUFORD<br>Defendant. | ) Case No. 2:18-cr-00008-JAM<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

I, the undersigned hereby certify that I am an employee in the Office of the Federal Defender for the Eastern District of California and a person of such age and discretion as to be competent to serve papers.  I certify that on May 4, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Mr. Derek Bluford
Fed. Reg. No. 77108-097
FCI Phoenix
37910 N 45th Ave.
Phoenix, AZ  85086

Dated:  May 4, 2023

*s/ Carolyn M. Wiggin*
Carolyn M. Wiggin