HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
E-mail: carolyn_wiggin@fd.org

Attorney for Defendant
DEREK BLUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00008-JAM |
| Plaintiff, | ) ) | **REQUEST TO WITHDRAW AS COUNSEL; ORDER** |
| vs. | ) ) | |
| DEREK BLUFORD | ) ) | |
| Defendant. | ) ) ) | |

     Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Bluford.

     The Office of the Federal Defender was first appointed to represent Mr. Bluford in this case on January 25, 2018.  Docket No. 13.   That representation came to an end when judgment was entered on April 20, 2021.  Docket No. 93.  Mr. Bluford filed a *pro se* motion to reduce his sentence on November 9, 2021.  Docket No. 96.  Mr. Bluford litigated that motion *pro se*, and it was denied in an order filed under seal.  Docket No. 116.  On April 4, 2022, Mr. Bluford moved for appointment of counsel.  Docket No. 125.  On May 25, 2022, Assistant Federal Defender Carolyn M. Wiggin noticed her appearance as counsel for Mr. Bluford.  Ms. Wiggin obtained copies of sealed documents in the case (Docket No. 129) and ultimately did not file additional

briefing with respect to Mr. Bluford's November 9, 2021 motion for a sentence reduction.

Mr. Bluford now seeks to file a new motion for compassionate release. In order to allow him to file this motion *pro se*, Assistant Federal Defender Carolyn M. Wiggin seeks to withdraw as counsel so that Mr. Bluford can represent himself *pro se*.

Dated: May 4, 2023

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Carolyn M. Wiggin*
                                         CAROLYN M. WIGGIN
                                         Assistant Federal Defender

## **ORDER**

IT IS SO ORDERED that Assistant Federal Defender Carolyn M. Wiggin is **RELIEVED** as counsel and that Mr. Bluford represents himself *pro se*.

Dated: May 04, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE