PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00008-JAM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| DEREK BLUFORD, | |
| Defendant. | |

On May 19, 2023, the Government requested an extension of time to June 8, 2023, to file its response or opposition to defendant's compassionate release motion. ECF 136.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due June 8, 2023. Defendant's reply, if any, is now due June 15, 2023.

Dated: May _____, 2023

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1