PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DEREK BLUFORD,<br><br>                    Defendant. | CASE NO. 2:18-CR-00008-JAM<br><br>NOTICE OF REQUEST TO SEAL EXHIBIT 2 OF THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S SECOND MOTION FOR COMPASSIONATE RELEASE |

      Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Christopher S. Hales, provides notice that it is requesting to file under seal: Exhibit 2 of the Government's Opposition to Defendant's Second Motion for Compassionate Release. The exhibit contains sensitive medical records. Therefore, based upon the concerns articulated in the Government's Request to Seal Documents, the Government respectfully requests that these documents be filed under seal until further Order of the Court. The aforementioned documents were emailed to the Court and mailed to the *pro se* defendant on June 8, 2023.

Dated: June 8, 2023
                                                  PHILLIP A. TALBERT
                                                  United States Attorney

                                   By: /s/ *Christopher S. Hales*
                                            CHRISTOPHER S. HALES
                                            Assistant United States Attorney