Derek Bluford, In Pro Se
#77108-097
FCI Phoenix
37910 N. 45th Ave
Phoenix, AZ 85086

Defendant In Pro Se



FILED

JUN 13 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>DEREK BLUFORD,<br>　　　　　　Defendant. | Case No. 2:18-cr-00008-JAM<br><br>DEFENDANT'S MOTION FOR AN EXTENSION OF TIME |
|---|---|

　　　Defendant Derek Bluford, in pro se, respectfully requests an extension to June 30, 2023, in which to file his reply to the government's opposition to defendant's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(C)(1)(A). ECF 100. The reasons for defendant's request are as follows: due to the delayed mail system at FCI Phoenix, Mr. Bluford will likely not even receive the governments Opposition by the 15th, due to the published delayed mail practices by the USPS, and FCI Phoenix's known shortage of staff, which ultimately leads to a delay in the processing of mail. Once mail does arrive at FCI Phoenix, it takes at a minimum 7-10 business days to be processed and given to Mr. Bluford. Mr. Bluford is requesting this additional time to allow for the government's opposition that was served by mail on Mr. Bluford to actually get to Mr. Bluford so that he can respond to it. The simple fact is that Mr. Bluford can not reply to an Opposition that he can not read.

　　　For these reasons, defendant Derek Bluford requests the Court to order that the

defendant's reply to the government's opposition (EFC 141) be due not later than June 30, 2023.

DATED at Phoenix, Arizona this 9th day of June, 2023.

Respectfully submitted,
DEREK BLUFORD
In Pro Se

