Derek Bluford, #77108-097
Defendant, In Pro Se
FCI Phoenix
37910 N. 45th Ave
Phoenix, AZ 85086
Defendant In Pro Se



FILED
JUN 15 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK BLUFORD,<br><br>Defendant. | Case No. 2:18-cr-00008-JAM<br><br>DEFENDANT'S NOTICE OF REQUEST TO SEAL DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. 3582(C)(1)(A) |
|---|---|

Pursuant to Local Rule 141(b), Defendant Derek Bluford, in *pro se*, hereby provides notice that he is requesting to file under seal Exhibits 1, 2, 3, 5, 8, 10, 11, 11b, 12, 13, 14, 15-17, 18, and 19 of Defendant's Reply to the Government's Opposition to Motion for Reduction in Sentence and Compassionate Release because it contains sensitive and confidential medical records. The Exhibits listed contain to Mr. Bluford's current medical condition, which should remain confidential. Therefore, Mr. Bluford respectfully requests that the Exhibits 3, 5, 10, 11, 11b, 12, 14, 18, and 19 of Defendant's Reply to the Government's Opposition to Motion for Reduction in Sentence and Compassionate Release be filed under seal until further Order of the Court. The Motion for Reduction in Sentence and Compassionate Release is being filed concurrently with the Court.

DATED at Folsom, California this 14th day of June, 2023. This is submitted on behalf of Mr. Bluford by his Power of Attorney.

Respectfully submitted,
DEREK BLUFORD
In Pro Se



1