1  Derek Bluford, #77108-097
   Defendant, In Pro Se
2  FCI Phoenix
   37910 N. 45th Ave
3  Phoenix, AZ 85086

4

5  Defendant In Pro Se

6

7                IN THE UNITED STATES DISTRICT COURT
8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10                                        Case No. 2:18-cr-00008-JAM

11  **UNITED STATES OF AMERICA,**

12          **Plaintiff,**                **ORDER SEALING DOCUMENTS**
                                          **AS SET FORTH IN**
13      v.                                **DEFENDANT'S NOTICE**

14  **DEREK BLUFORD,**

            **Defendant.**

15

16

17       Pursuant to Local Rule 141(b), and based on the representations contained in the
    Defendant's Request to Seal, IT IS HEREBY ORDERED that the Exhibits 3, 5, 10, 11, 11b, 12,
18  14, 18, and 19 of Defendant's Reply to the Government's Opposition to Motion for Reduction in
19  Sentence and Compassionate Release, and the Defendant's Request to Seal shall be SEALED
20  until further order of this Court.

21       It is further ordered that electronic access to the sealed documents shall be limited to the
    United States and the Defendant.
22
         The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S.
23  District Court for the District of Oregon, 920 F. 2d 1462 (9th Cir. 1990). The Court finds that,
24  for the reasons stated in the Defendant's Request, sealing the Defendant's Motion for Reduction
    in Sentence and Compassionate Release serves a compelling interest. The Court further finds
25  that, in the absence of closure, the compelling interest identified by the Defendant would be
26

harmed. In light of public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Defendant's Motion for Reduction in Sentence and Compassionate Release that would adequately protect the compelling interest identified by the Defendant.

DATED:   June 15, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE