Derek Bluford, In Pro Se
#77108-097
FCI Phoenix
37910 N. 45th Ave.
Phoenix, AZ 85086

**FILED**

JUL 25 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:18-CR-0008-JAM |
| Plaintiff, | **DEFENDANT'S REQUEST TO APPOINT COUNSEL** |
| v. | |
| **DEREK BLUFORD,** | |
| Defendant. | |

    Defendant Derek Bluford respectfully requests the Court appoint him a federal public defender. He was previously represented by Jerome Price and Carolyn Wiggins and would request that the court re-appoint one or both of them. Mr. Bluford is currently waiting to be transferred to a new facility which means that he will not have access to his legal materials for up to nine months. Additionally, Mr. Bluford lacks the legal experience needed to continue representing himself and his mental health is deteriorating. All of these factors hinder Mr. Bluford from adequately representing himself and therefore he respectfully requests the court to appoint him a federal public defender.

DATED at Phoenix, Arizona this 18th day of July, 2023.

                                            Respectfully submitted,
                                            DEREK BLUFORD
                                            Plaintiff In Pro Se

1