FILED

MAY 09 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Derek Bluford, Reg# 77108-097
FCI Lompoc II
3901 Klein Blvd
Lompoc, CA 93436

In the United States District Court
For The Eastern District of California

United States of America,
        Plaintiff

Case No.: 2:18-cr-00008-JAM

v.

Motion For Correction To Criminal History Points
Pursuant To Amendment 821 And 18 USC 3582(c)(2)

Derek Bluford
    Defendant.

COMES NOW, Derek Bluford, the Defendant in Pro Se, respectfully submitting this motion to correct his Criminal History Category Points, due to the the two retroactive guideline changes of Amendment 821 by the United States Sentencing Commission ("USSC"). The Commission added a special instruction at subsection (e) providing that a reduced term of imprisonment based on retroactive application of Amendment 821 shall not be ordered unless the effective date of the court's order is February 1, 2024, or later.

1. INTRODUCTION
Last year, the USSC voted to change the federal sentencing guidelines. Specifically, the Commission made two (Part A and Part B) retroactive changes to Amendment 821.

Part A of the amendment decreases the two points added to criminal history scores ("Status Points") when the offense was committed while on probation, parole or supervised release from another crime by one point for Defendants with seven or more criminal history points, and eliminates them altogether for Defendants with six or fewer criminal history points.

In consideration of the above, the Defendant hereby respectfully ask that his Criminal History Category simply be updated to represent 12 points, instead of the 13 in which was assigned to him during the Pre-Sentencing Report and sentencing. The Defendant is not asking for a reduction in his sentence, via 3582(c)(2) for the Amendment 821, but simply that his Criminal History Score be updated to represent the retroactive change, as it will result in material changes as for the Defendant's access to First Step Act classes and programming.

2. Motion For Correction To Criminal History Points

Defendant hereby respectfully request the Court update and change his Criminal History Category from six to five, due to the point deduction, pursuant to Amendment 821.

Defendant makes this request due to the material changes and impact that it will have, on programs and other BOP rehabilitation classes, that he would now be able to participate in.

Defendant is not asking for a reduction in sentence, but simply an order and amendment to his Criminal History Category.

1

Since incarceration, the Defendant has accomplished the following:

- Completed "Victim's Impact", and wrote victim (via USAO) with plan to repay them
- Earned a bachelor's degree in business
- Earned a vocational trade certificate (paralegal)
- Got accepted into an MBA program, where I am working towards earning my MBA
- Completed drug program & have been making restitution payments

[✓] See Exhibit 1 (if box is checked) Victim Impact Certificate
[✓] See Exhibit 2 (if box is checked) Parenting Program Certificate
[✓] See Exhibit 3 (if box is checked) Paralegal Certificate
[✓] See Exhibit 4 (if box is checked) BOP Program Review
[✓] See Exhibit 5 (if box is checked) Education & Class Progress

## CONCLUSION

Pursuant to the aforementioned reasons and authorities, the Defendant respectfully requests that the court grant this Motion For A Reduction In Sentence and reduce his sentence as the court sees fit.

Dated on this 5th day of May, 2024.

Respectfully submitted,

/s/ D___B___

Reg. No. 77108-097
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

2

CERTIFICATE OF SERVICE
(Proof of Service)

I, Derek Bluford, hereby certify that I have served a true and correct copy of the following:

DEFENDANT'S MOTION FOR A REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

which is deemed filed on the date below, at the time it was delivered to prison authorities for forwarding upon the Plaintiff, Plaintiffs, and/or their attorneys of record by placing it in a sealed, pre-paid envelope addressed to:

United States Attorney's Office

501 I Street, Suite 10-100

Sacramento, CA 95814

and depositing same into the United States Mail at the United States Penitentiary Lompoc at 3901 Klein Blvd., Lompoc, CA 93436.

I declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Dated on this 5th day of May, 2024.

/s/ D B

Reg. No. 77108-097
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

# EXHIBIT 1



# CERTIFICATE OF COMPLETION

This hereby verifies that

## DEREK BLUFORD

has successfully completed the program requirements for

### Victim Impact: Listen and Learn

Awarded on the 6th day
of the month of January, 2022



B. Cray, Facilitator

# EXHIBIT 2

# Certificate of Completion

Presented to

## Derek Bluford

For successfully completing

## National Parenting Workshop

Consisting of Psychoeducation

This certificate is hereby issued this 29th day of June 2023

*P. Cole*
Associate Warden
Federal Bureau of Prisons
FCI Phoenix, Arizona

# EXHIBIT 3



# Blackstone Career Institute
*Est. 1890*

## Awards this Certificate in
## Legal Assistant/Paralegal
### with Distinction upon

## Derek Lavon Bluford

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.

In Testimony Whereof this recognition of achievement is Given this 11th Day of October 2022

*President*

Valerie L. Behrle B.S., M.Ed.
*Director of Education*

# EXHIBIT 4

```
                  *           INMATE EDUCATION DATA         *     03-15-2023
PAGE 001 OF 001  *     PROGRAM REVIEW / WITHDRAWAL INTERVIEW *     12:18:44

REGISTER NO: 77108-097    NAME..: BLUFORD              FUNC: PRT
FORMAT.....: REVIEW       RSP OF: PHX-PHOENIX FCI

---------------------------- LITERACY PROGRAM ------------------------------
08-21-2022 /REVIEW /PHX/GO         /PHX
              TYPE: INITIAL     (GED HAS PER PREVIOUS SENTRY RECORD.    )
08-03-2021 /REVIEW /MULHERN        /SHE
              TYPE: OTHER       (RECEIVED CONFIRMATION FROM PLACER      )
                                (COUNTY OFFICE OF EDUCATION OF COMPLETION)
                                (OF HS DIPLOMA 6-2-2005.  CHANGED FROM  )
                                (GED EN TO GED HAS.  RECOMMEND ACE, REC,)
                                (VT. COMPUTERS, AND PARENTING.          )
05-24-2021 /REVIEW /MULHERN        /SHE
              TYPE: INITIAL     (ESL HAS/GED EN.  CURRENTLY IN COVID-19 )
                                (QUARANTINE.  WILL PLACEMENT TEST AND   )
                                (ENROLL IN GED W/IN 90 DAYS PENDING     )
                                (VERIFICATION.                          )

---------------------------- ESL PROGRAM -----------------------------------
08-21-2022 /REVIEW /PHX/GO         /PHX
              TYPE: INITIAL     (ESL HAS; ENGLISH PROFICIENT.           )
05-24-2021 /REVIEW /MULHERN        /SHE
              TYPE: INITIAL     (ESL HAS/GED EN.  CURRENTLY IN COVID-19 )
                                (QUARANTINE.  WILL PLACEMENT TEST AND   )
                                (ENROLL IN GED W/IN 90 DAYS PENDING     )
                                (VERIFICATION.                          )

---------------------------- OTHER PROGRAM ---------------------------------
03-02-2023 /REVIEW /PHX-RL         /PHX
              RMKS: PROGRAM     (POST SECONDARY EDUCATION               )
              TYPE: OTHER       (RECEIVED OFFICIAL TRANSCRIPTS FROM     )   *1
                                (BLACKSTONE CAREER INSTITUTE PARALEGAL  )
                                (PROGRAM. ENROLLMENT DATE 09/14/2021,   )
                                (COMPLETION DATE 10/11/2022.            )
11-08-2022 /REVIEW /PHX-RL         /PHX
              RMKS: PROGRAM     (POST SECONDARY EDUCATION               )
              TYPE: OTHER       (ENROLLED IN ADAMS STATE UNIVERSITY,    )   *2
                                (MASTERS OF BUSINESS OF ADMIN. (MBA)    )
                                (CORRESPONDENCE EDUCATION PROGRAM.      )
09-22-2022 /REVIEW /PHX-RL         /PHX
              RMKS: PROGRAM     (POST SECONDARY EDUCATION               )
              TYPE: OTHER       (INMATE COMPLETED BLACKSTONE CAREER     )
                                (INSTITUTE PARALEGAL PROGRAM.           )



G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT 5

REGISTER NO: 77108-097   NAME..: BLUFORD                           FUNC: DIS
FORMAT.....: TRANSCRIPT  RSP OF: PHX-PHOENIX FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
PHX  ESL HAS    ENGLISH PROFICIENT           05-24-2021 0758 CURRENT
PHX  GED HAS    COMPLETED GED OR HS DIPLOMA  08-03-2021 0820 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                     START DATE  STOP DATE  EVNT AC LV  HRS
PHX       LEADERSHIP SKILLS FOR MANAGERS  08-22-2022  06-06-2023  P   C  P   50
PHX       BASIC MATH                      03-15-2023  05-15-2023  P   C  P   10
PHX       COMMERCIAL DRIVERS LIC          04-05-2023  05-31-2023  P   C  P   10
PHX       SMALL BUSINESS PLANNING         03-07-2023  05-16-2023  P   C  P   10
SHE       ACE:  POETRY: SHU               08-05-2022  08-09-2022  P   C  P    4
SHE       ACE:  NUTRITION SHU             07-22-2022  08-03-2022  P   C  P    4
SHE       HEALTH: SHU                     06-30-2022  07-22-2022  P   C  P    4
SHE       INTRO TO BODY FUNC: SHU         06-08-2022  06-29-2022  P   C  P    4
SHE       ANGER MANAGEMENT 1: SHU         05-19-2022  06-08-2022  P   C  P    4


G0002       MORE PAGES TO FOLLOW . . .

8/3/23, 9:46 AM  PEED

PHXGM  Case 2:18-cr-00008-JAM  Document 158  Filed 05/09/24  Page 14 of 14  08-03-2023
                               INMATE EDUCATION DATA
PAGE 002 OF 002 *            TRANSCRIPT                    *        09:46:22

REGISTER NO: 77108-097    NAME..: BLUFORD           FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: PHX-PHOENIX FCI

---------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| SHE | STRESS MAMAGEMENT: SHU | 05-05-2022 | 05-19-2022 | P | C | P | 4 |
| SHE | INT TO EFFECT. COMMUN: SHU | 04-13-2022 | 05-04-2022 | P | C | P | 4 |
| SHE | CONSUMER MATHEMATICS; SHU | 03-25-2022 | 04-13-2022 | P | C | P | 4 |
| SHE | INTRODUCTION TO US GOVT: SHU | 03-09-2022 | 03-23-2022 | P | C | P | 4 |
| SHE | PARENTING SELF STUDY: SHU | 02-23-2022 | 03-09-2022 | P | C | P | 4 |
| SHE | ACE:   SPANISH SHU | 02-07-2022 | 02-23-2022 | P | C | P | 4 |
| SHE | ACE:   EMPIRES AND DYNASTIES 1 | 07-19-2021 | 09-24-2021 | P | C | P | 10 |

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED