PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0008-JAM |
|---|---|
| Plaintiff, | UNITED STATES' MOTION FOR LEAVE TO FILE SUR-REPLY AND [PROPOSED] ORDER |
| v. | |
| DEREK BLUFORD, | |
| Defendant. | |

The United States respectfully requests permission of the Court to file a sur-reply to Defendant Derek Bluford's supplemental reply brief filed on September 20, 2024, in support of his motion filed pursuant to 18 U.S.C. § 3582(c)(2). ECF No. 165. The government's sur-reply is attached to this motion as Exhibit 1.

*Continued on the next page*

In his supplemental reply, Bluford, through his newly associated counsel, asks for that the Court to enter a proposed Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), AO 247, that was separately emailed to the Court's chambers and undersigned counsel. The proposed order raises a new legal issue for the first time. The United States seeks leave of the Court to address this issue.

Dated: September 27, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney