PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0008-JAM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY |
| v. | |
| DEREK BLUFORD, | |
| Defendant. | |

On September 20, 2024, Defendant Derek Bluford filed a supplemental reply brief in support of his motion for relief under 18 U.S.C. § 3582(c)(2) and the retroactive application of Amendment 821. In his supplemental reply brief, Bluford requests that the Court enter a proposed order that was separately submitted via email to the Court and the counsel for the United States. The proposed order raises a new legal issue for the first time. The government filed a motion seeking permission of the Court to file a sur-reply to address the new legal issue raised by the substance of the proposed motion.

The Court hereby GRANTS the United States' Motion for Leave to File a Sur-Reply, and ORDERS the sur-reply attached as Exhibit 1 to the Government's motion be filed.

Dated: _____

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING UNITED STATES'
MOTION FOR LEAVE TO FILE SUR-REPLY